IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                              )<br>         Plaintiff,                                    )<br>                                                              )<br>v.                                                          )<br>                                                              )<br>JOHN THURMAN HOREJS and ELAINE )<br>SHERYL HOREJS,                              )<br>                                                              )<br>         Defendants.                             )<br>_____) | Case No. CR 05-266-S-BLW<br><br>ORDER |

Defendants John Thurman Horejs and Elaine Sheryl Horejs ("Defendants") have made an informal request to the Court to stay the arraignment proceedings currently scheduled for January 24, 2006. The United States Attorneys' Office has no objection to the Defendants appearing by telephone at the arraignment. In light of this non-objection, and considering the winter weather and difficult travel conditions between Arizona and Idaho, the Court will allow Defendants to appear at the arraignment by telephone, instead of in person. Accordingly, the Court will telephone Defendants on January 24, 2006, shortly before 10:30 a.m. (Mountain Standard Time) at (602) 493-3226. Defendants shall immediately notify the Court if they need to be contacted at a different telephone number.

Defendants also have filed a Motion to Dismiss. (Docket No. 6). Pursuant to District of Idaho Local Civil Rule 7.1(c)(1) and Local Criminal Rule 1.1(f), Plaintiff United States of America has twenty-one (21) days from the filing of Defendants' Motion to submit a brief in

response.  Defendants filed their Motion to Dismiss on January 17, 2006 and, therefore, the deadline for filing the response brief has not yet passed.  Accordingly, Defendants' Motion to Dismiss will not be considered by Chief United States District Judge B. Lynn Winmill until all of the briefs allowed by the local rules have been received by the Court.[1]

## ORDER

IT IS HEREBY ORDERED that Defendants shall be available by telephone on January 24, 2006, at 10:30 a.m. (Mountain Standard Time) to participate in their arraignment.  The Court will contact Defendants shortly before 10:30 a.m. at the telephone number provided by Defendants, (602) 493-3226.  Defendants shall immediately notify the Court if they need to be contacted at a different telephone number.



DATED:  **January 19, 2006**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

---

[1] For Defendants' future reference, the Court's Local Rules can be accessed on the Court's website at http://www.id.uscourts.gov.